AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **NOTICE** |
| JIN HONG CHEN | CASE NUMBER: CR-99-00048 |

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |
| TYPE OF PROCEEDING | |
| CONTINUED SENTENCING | |

**FILED**
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| Place | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Tuesday, October 11, 2005 at 11:00 a.m. | Monday, October 24, 2005 at 10:30 a.m. |

MARY L. M. MORAN
CLERK OF COURT

(BY) DEPUTY CLERK

August 18, 2005
DATE

TO:    U.S. Attorney's Office
        Howard Trapp
        U.S. Probation Office
        U.S. Marshal Service