# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>     vs.<br><br>Jin Hong Chen,<br><br>                Defendant. | Case No. 1:99-cr-00048<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Hearing, filed August 19, 2005* on the dates indicated below:

*U.S. Attorney's Office*   *Howard Trapp*   *U.S. Probation Office*   *U.S. Marshal Service*
*August 19, 2005*       *August 19, 2005*  *August 19, 2005*     *August 19, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Hearing, filed August 19, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 19, 2005                           /s/ Marilyn B. Alcon
                                                                       Deputy Clerk