**ChenJin Hong.rem**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00048 |
| Plaintiff, ) | |
| vs. ) | PETITION TO REMIT FINE |
| JIN HONG CHEN, ) | [18 U.S.C. § 3573] |
| Defendant. ) | |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid fine earlier imposed upon Defendant JIN HONG CHEN and in support hereof, states as follows:

1. On October 24, 2005, sentence was imposed by this Court against Defendant JIN HONG CHEN. Among other things, a $4,000.00 fine was ordered. Interest accrues at the legal rate of 4.32 percent. The total amount now owed by said Defendant is $4,401.85 as of March 6, 2008.

2. Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), the defendant, JIN HONG CHEN was deported to China on January 12, 2006. See Exhibit "A."

//

3. On October 3, 2006, our office confirmed with the Bureau of Immigration and Customs Enforcement that no confiscated money is in their custody.

4. No current address is available for defendant.

5. Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

6. The United States Attorney has determined that in light of Defendant's deportation, there is no reasonable likelihood that expending further efforts to collect the special assessment fee will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

7. The interests of justice mitigate in favor of remission of the unpaid fine including interest.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid fine imposed upon Defendant.

DATED this 6th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov

```
DAXLO21                DACS CASE CLOSURE LOOK SCREEN           DATE: 01/31/2006
                                                               TIME: 21:53:11

         A-NUM : 072670592         LAST-NAME : CHEN
         NATLTY: CHINA             FIRST-NAME: JIN HONG

   DATE-DOCKET-CLEARED: 01/16/2006    DEPART-CLEARED-STAT: 6

      TRANSFER-TO-DCO:               DATE-DOCKET-TRANSFER:

        DATE-DEPARTED: 01/12/2006       PORT-DEPARTED: AGA

      DEPART-COUNTRY: CHINA      FINAL-CHARGE: R2A3    EXPENSE-CODE: 5




HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN
```


EXHIBIT A