**HongJinChen.ord**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-00048 |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| v. ) | |
| ) | Re: United States Petition to Remit Fine |
| JIN HONG CHEN, ) | |
| ) | |
| Defendant. ) | |

    Based upon the Plaintiff's Petition to Remit the Fine, the Court hereby finds that for the reasons stated in the Plaintiff's Petition, reasonable efforts to collect the fine are not likely to be effective. Likewise, the Court finds that it is in the interests of justice to remit the defendant's unpaid fine. Accordingly, the Court orders that the defendant's fine inclusive of any interest or penalties are remitted.

    **SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Mar 11, 2008**